# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**GAETANA GANT,**

      **Plaintiff,**

v.                                                        Case No:   6:17-cv-1316-Orl-37DCI

**ACCOUNTS RECEIVABLE TECHNOLOGIES, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 10). No answer has been filed. Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**. The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 26th day of September, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:      Counsel of Record